SAMUEL SWETNICK, Suing for Himself as Stockholder, and All Other Stockholders of THEODORE KLEIN, INC., etc., Respondent, v. THEODORE KLEIN, Appellant, Impleaded with Others, Defendants.— Order denying motion of defendant-appellant for a resettlement of order entered June 14, 1935, which struck out said defendant's answer for his failure to comply with an order of discovery and inspection, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of ROSE VILLANI and CARMELA VILLANI to Compel IRA H. RUBEN, an Attorney at Law of the State of New York, to Pay over Certain Moneys, Appellants, v. IRA H. RUBEN, Respondent.— Order, granting petitioners' motion for reargument, and upon reargument adhering to the original disposition, which granted petitioners' motion to compel respondent to turn over certain moneys to the extent of requiring respondent to pay to petitioners the sum of $4,420.41, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

JACK BURN, Appellant, v. FREDERICK P. SMALL, as President of the AMERICAN EXPRESS COMPANY, etc., Respondent.— Order granting defendant's motion to strike cause from the jury calendar and place the same on the non-jury calendar, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of Supplementary Proceedings: TID BIT SODA SHOPS, INC., Judgment Creditor, Plaintiff, v. H. BERNARD LEVINE, Judgment Debtor, Appellant. HARRY WOLF, Receiver, Respondent.— Order entered July 17, 1935, granting motion of judgment creditor for an order directing the judgment debtor to turn over to receiver certain policies of life insurance as specified in said order, and order denying motion of the judgment debtor for reargument and to vacate said order entered July 17, 1935, affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.; O'Malley, J., dissents.

WOLF GOLDMAN, Respondent, v. CONRAD J. RUBY and Another, Appellants.— Order advancing case to the head of the ready day calendar of December 2, 1935, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

MARY A. HUGEL, as a Stockholder of the MODEL'S GUILD Co., INC., Suing on Her Own Behalf, etc., Respondent, v. WILLIAM BLACK, Also Known as "BILL" BLACK, and BOBBY MILLER, Appellants, Impleaded with Another.— Order granting motion of defendants-appellants to be relieved of a certain stipulation to the extent of referring the matter to a referee for an immediate hearing and determination of the issues in the action at the expense of said defendants unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.